# JAMES E. NEUMAN

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

October 6, 2023

BY ECF
Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

So Ordered.

*/s/ Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 10/6/23

[Handwritten annotation: *But Mr. Doukoure is reminded he cannot travel without permission from his probation officer (and the Court if he wishes to travel internationally) x*]

Re: *United States v Bakare Doukoure*, 23 Cr. 135 (CS)

Your Honor:

I represent Bakare Doukoure in the referenced matter. When he was granted bail at the outset of this case, Mr. Doukoure was required to surrender his passport. On September 6, 2023, Mr. Doukoure was sentenced to time served. We now request that this Court endorse this letter so that it may serve as an Order to pre-trial services for the return of his passport by the Clerk of the Court.

Thank you for your attention to this matter.

Respectfully submitted.

_____/s/_____
James E. Neuman